[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 19, 2006
THOMAS K. KAHN
CLERK

No. 05-16225

D. C. Docket No. 04-01045 CV-T-S

THOMAS D. STRICKLAND,

                              Plaintiff-Appellee,
                              Cross-Appellant,

                    versus

SYLVIA SUMMERS,

                              Defendant-Appellant,
                              Cross-Appellee.

Appeals from the United States District Court
for the Middle District of Alabama

**(December 19, 2006)**

Before DUBINA and WILSON, Circuit Judges, and CORRIGAN,* District Judge.

_____
        *Honorable Timothy J. Corrigan, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

In this 42 U.S.C. § 1983 action, Appellant Sylvia Summers ("Summers") appeals the district court's denial of qualified immunity and discretionary function immunity from liability for false imprisonment and malicious prosecution. Cross-Appellant, Thomas Strickland ("Strickland"), appeals the district court's entry of summary judgment in favor of Summers on his false arrest claims.

After reviewing the record, having the benefit of oral argument, and reading the parties' briefs, we affirm the district court's judgment on the appeal and cross-appeal based on the district court's well-reasoned order filed on November 8, 2005.

**AFFIRMED.**